**Opinion issued August 31, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-18-00685-CR

———————————

## IN RE WESLEY W. WHITE, Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator, Wesley W. White, incarcerated and proceeding pro se, has filed a petition for a writ of mandamus seeking to compel the respondent district judge to rule on his "Discovery Motion" seeking a copy of his trial records in the underlying criminal proceeding to use for a future post-conviction habeas corpus application.[1]

---

[1]  The underlying case is *The State of Texas v. Wesley W. White*, Cause No. 749118, the 337th District Court, Harris County, Texas, the Honorable Herb Ritchie presiding. In 2008, this Court dismissed for want of jurisdiction relator's pro se appeal of the trial court's denial of his motion seeking a free copy of the trial records under the same trial court cause number 749118. *See Wesley Wellington White v.*

We deny the petition for writ of mandamus.[2]  *See* TEX. R. APP. P. 52.8(a), (d).

**PER CURIAM**

Panel consists of Justices Keyes, Bland, and Lloyd.

Do not publish.  TEX. R. APP. P. 47.2(b).

---

*State*, No. 01-08-00224-CR, 2008 WL 1747164, at *1 (Tex. App.—Houston [1st Dist.] Apr. 17, 2008, no pet.) (per curiam) (mem. op., not designated for publication).

[2]  Relator may write to the Harris County District Clerk to request the cost information for a copy of his trial records.  *See In re Bonilla*, 424 S.W.3d 528, 532, 534 (Tex. Crim. App. 2014) (dismissing mandamus petition as moot because, while indigent relator was not entitled to free trial records for use in future post-conviction habeas application, district clerk provided relator with cost information for his trial records while petition was abated).

2